AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jean Robert Casimir,<br>DOB: ███████ | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00382
Assigned To : Magistrate Judge Zia M. Faruqui
Assign. Date : 12/16/2024
Description: COMPLAINT W/ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 01, 2021 to May 31, 2024   in the county of _____ in the

_____ District of   Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1. 18 U.S.C. § 371 | Conspriacy |
| 2. 50 U.S.C. § 4819 | Export Control Reform Act or "ECRA" |
| 3. 18 U.S.C. § 554 | Smuggling |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Evan Ratcliff,  Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date:     12/16/2024

_____
*Judge's signature*

City and state:          Washington, DC          U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*