AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By Matthew Stanislowski at 4:44 pm, Jan 23, 2025

| United States of America | ) | Case: 1:25-cr-00024 |
|---|---|---|
| v. | ) | Assigned To: Judge Rudolph Contreras |
| Jean Robert Casimir, | ) | Assign. Date: 01/23/2025 |
|  | ) | Description: Indictment (B) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jean Robert Casimir,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1. 18 U.S.C. § 371 (Conspiracy);
2. 50 U.S.C. § 4819 (Export Control Reform Act or "ECRA"); and
3. 18 U.S.C. § 554 (Smuggling)

Date: 01/23/2025

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/23/2025, and the person was arrested on *(date)* 02/06/2025
at *(city and state)* Washington DC.

Date: 02/06/2025

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*