**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA            :
                                                         :
   v.                                                    :            Criminal Action No.:  25-24 (RC)
                                                         :
JEAN ROBERT CASIMIR,                   :
                                                         :
   Defendant.                                       :

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for December 4, 2026 at 10:00 a.m. in Courtroom 23A;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than October 30, 2026;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than November 13, 2026;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than November 20, 2026; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than November 25, 2026, with all responses (if any) due by November 30, 2026, and all such memoranda and responses thereto must cite to supporting legal authority.

   **SO ORDERED**.

Dated:  August 4, 2026                                         RUDOLPH CONTRERAS
                                                                            United States District Judge